UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Larry Wittkugle,

    vs

Financial Recovery Services, Inc.,

**NOTICE**

Case Number: 2: 08-cv-0132
Judge Graham

Magistrate Judge Abel

**[X] TAKE NOTICE** of a **PRELIMINARY PRETRIAL CONFERENCE**:

**Judge:** ABEL

**Participants:** Trial Counsel. Parties Welcome.

**Place:** United States District Court    **Room Number 208**
85 Marconi Boulevard
Columbus, Ohio 43215

**Date/Time:** May 22, 2008 at 9:30 A.M.

# CHANGE IN PRACTICE:

- You must hold a Conference of the Parties on or before **May 1, 2008.**
- You must file a Report of the Parties with the Court on **May 15, 2008.**

> **Rule 26(f) Form, General Order on Pretrial and General Order on Settlement Week in Adobe format can be accessed through http://www.ohsd.uscourts.gov/fpabel.htm. A WordPerfect file of the Rule 26(f) Report of Parties Form Notice can be obtained by e-mailing Spencer_Harris@ohsd.uscourts.gov**

**PLEASE NOTE:** Magistrate Judge Abel prefers to meet in person with counsel. The Court is willing to re-schedule to a date on which it is more convenient for counsel to travel to Columbus. If travel to Columbus is not practicable, and **ALL PARTIES AGREE**, you may request a telephone pretrial by calling Mr. Harris.

Mark R. Abel
United States Magistrate Judge

Date: April 21, 2008

s/Spencer D. Harris
Spencer D. Harris/Courtroom Deputy
(614) 719-3027

Counsel are listed on the back of this Notice. If you are aware of any parties not included in this Notice, please call Spencer Harris immediately.

**To:**

David Levin, PO Box 39605, Solon,  OH 44139
Kevin R. Feazell, Jesse Lipcius, 537 E. Pete Rose Way, Ste. 400, Cincinnati,  OH 45202