**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| LARRY WITTKUGLE, )  ) | Case No. 2:08-cv-0132 |
| Plaintiff, ) ) | Judge Graham |
| vs. ) ) | Magistrate Judge Abel |
| FINANCIAL RECOVERY SERVICES, INC., ) ) | **STIPULATION OF DISMISSAL** |
| Defendant. ) | |

Now comes the Plaintiff, LARRY WITTKUGLE, and the Defendant, FINANCIAL RECOVERY SERVICES, INC., and hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice, each party to assume their own costs, subject to a settlement agreement reached between the parties.  The parties request that the Court retain jurisdiction over this matter solely for the purpose of enforcing the settlement agreement should either party fail to perform its obligations thereunder.  It is further ordered that the Preliminary Pretrial Conference set for May 22, 2008 at 9:30 a.m. is hereby canceled.

/s/ David B. Levin
David B. Levin (0059340)
Attorney for Plaintiff
Luxenburg & Levin, LLC
P.O. Box 39605
Solon, OH 44139-0605
(440) 364-1869
(440) 287-6040 facsimile
david@luxenburglevin.com

/s/ Jesse R. Lipcius
Jesse R. Lipcius (0078274)
Attorney for Defendant
Cors & Bassett LLC
537 East Pete Rose Way, Suite 400
Cincinnati, OH 45202
(513) 852-8232
(513) 852-8222  facsimile
jrl@corsbassett.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2008, a copy of the foregoing Stipulation of Dismissal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

/s/ David B. Levin
David B. Levin (0059340)
Attorney for Plaintiff
Luxenburg & Levin, LLC
P.O. Box 39605
Solon, OH 44139-0605
(440) 364-1869
(440) 287-6040 facsimile
david@luxenburglevin.com